HERMANN & GRACE (a corporation), complainant,

*v.*

THE BOARD OF CHOSEN FREEHOLDERS OF THE·COUNTY OF ESSEX
et al., defendants.

[Argued June 25th, 1907. · Decided November 18th; 1907;]·

On appeal of V. J. Hedden & Sons Co.   On appeal from an
order of the court of chancery advised by Vice-Chancellor Emery,
whose opinion is reported in *71 N. J. Eq. (1 Buch.) 541.*

*Mr. Frederick F. Guild,* for the appellant.

*Mr. John R. Hardin,* for the respondents.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in
the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, HENDRICK-
SON, PITNEY, REED, TRENCHARD, BOGERT, VREDENBURGH,
VROOM, GREEN, DILL—11.

*For reversal*—None.